# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  MARIELLE RACHAEL MACHER    :    No. 97 WM 2016
MOTION FOR EXTENSION PURSUANT    :
TO RULE 311    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, upon consideration of the Motion for Extension of Attorney Admission under Pa.B.A.R. 311(g), Petitioner's temporary admission is extended until October 15, 2017, so as to afford her time to seek full admission to this Commonwealth's bar.  No further extensions will be granted.